# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 23-mj-494 DTS |
| Plaintiff, | |
| v. | **ORDER OF REMOVAL** |
| Kenneth Wayne Fuller, | |
| Defendant. | |

The above captioned case was before the undersigned United States Magistrate Judge on June 16, 2023. Defendant waived the removal hearing.

Based on defendant's waiver, the court finds that the defendant is the same person named in the warrant filed in the District of Columbia, and he is ordered removed to that district for further proceedings.

Dated: June 16, 2023  *s/ David T. Schultz*
David T. Schultz
United States Magistrate Judge